THE PEOPLE, ex rel. JOHN J. CLARK et al., Respondents, *v.* MATTHEW P. BREEN, Appellant.

(Argued June 23, 1886 ; decided October 5, 1886.)

*James C. De La Mare* for appellant.

*George H. Forster* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ARTHUR V. BRIESON, Appellant, *v.* THE LONG ISLAND RAIL-ROAD COMPANY, Respondent.

(Argued January 25, 1886 ; decided October 5, 1886.)

*Sandford H. Steele* for appellant.

*E. B. Hinsdale* for respondent.

Agree to reverse on opinion in *Cogswell* v. *N. Y., N. H. & H. R. R. Co. (ante,* p. 10).
All concur.
Judgment reversed.

---

JAMES S. MORTON, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY et al., Appellants.

(Argued April 26, 1886 ; decided October 12, 1886.)

*William H. Arnoux* and *Albert G. McDonald* for appellants.

*Hugo Hirsh* and *B. F. Watson* for respondent.

Agree to affirm on opinion below.
All concur, except RAPALLO, J., not voting.
Judgment affirmed.